No. 00–10329. CHANDLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10331. HINES v. MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 00–10333. WILLIAMS v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–10334. WASHINGTON v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10335. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10337. THOMAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–10338. L. T. v. COLORADO ET AL. Ct. App. Colo. Certiorari denied.

No. 00–10339. THOMPSON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 00–10340. PATTERSON v. O'KEEFE, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 00–10341. DUVALL v. O'KEEFE, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 00–10342. WONGUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10343. GREEN v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–10344. FISHER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10346. CAMPBELL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–10347. HOWELL, AKA HARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.